UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO.   05-518M |
| v. | ) | |
| JEFFREY HANSON, | ) | DETENTION ORDER |
| Defendant. | ) | |

Offense charged:

Conspiracy to Commit Mail Theft and To Use Unauthorized Credit Card Access Devices, in violation of Title 18, U.S.C., Section 1029(a)(2). Mail Theft in violation of Title 18, U.S.C., Section 1708. Use of Unauthorized Credit Card Access Device in violation of Title 18, U.S.C., Sections 1029(a)(2) and 1029(c)(1)(A)(i).

Date of Detention Hearing: March 6, 2006

The Court, having conducted a uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety

DETENTION ORDER
PAGE -1-

of any other person and the community. The Government was represented by Karyn Johnson. The defendant was represented by Michael Nance.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of March, 2006.

MONICA J. BENTON
United States Magistrate Judge